IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

Vs.                           CASE NO. 4:05cr00140-01 GTE

SYRIS MARQUIS HUMPHREY                                                      DEFENDANT

ORDER

The United States has file a motion for revocation of Defendant's pre-trial release (docket entry # 27). In the motion, the United States asks that a warrant be issued and Defendant be brought to court to show cause why his bond should not be revoked. Defendant has responded (docket #28), alleging that since the motion does not include facts in support of the allegation, the motion should be denied and that the court should set a hearing and issue summons.

The motion to revoke does not contain detail because of the policy that details from the pretrial report of violations should not be placed of record initially due to privacy concerns, which policy is intended to protect the defendant. Defense counsel should have received a copy of the violation report as the Pretrial Office routinely copies defense counsel. Therefore, Defendant should have adequate notice of the specifics of the allegations of violation. If he has not received a copy, he may obtain one by request to the Pretrial Office. Thus, the United States' petition for revocation will not be denied on the basis that it does not contain specific factual allegations.

However, because Defendant is under "lockdown" with electronic monitoring and is under state bond, a summons should be adequate. The request for a warrant is denied.

Instead the Clerk is directed to issue a summons and the United States Marshal is directed to serve a copy of this order and the summons on the defendant to appear **Thursday, June 29, 2006,** at **10:30 a.m.**, before Magistrate Judge Jerry W. Cavaneau, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Room 305, Little Rock, Arkansas, for a hearing on the motion for revocation.

IT IS SO ORDERED this 23rd day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE