
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 9 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| SYRIS MARQUISE HUMPHREY | |

Case No. 0860 4:05CR00140 BRW

USM No. 23703-009

Kim Driggers
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __General, Standard, Special__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Commission of another crime-Misdemeanor charges only | 04/09/2018 |
| General | Possession and unlawful use of a controlled substance | 11/20/2017 |
| Standard (7) | Failure to refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any | 11/20/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5914

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:

06/28/2018
Date of Imposition of Judgment

_/s/ Billy Roy Wilson_
Signature of Judge

BILLY ROY WILSON, U.S. District Judge
Name and Title of Judge

7-9-18
Date

DEFENDANT: SYRIS MARQUISE HUMPHREY
CASE NUMBER: 0860 4:05CR00140 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physican. | |
| Special (14) | Failure to participate in a substance abuse treatment program. Failure to abstain from use of alcohol throughout the course of treatment. | 04/11/2017 |
| Standard (6) | Failure to notify the probation officer ten days prior to any change in residence or employment. | 07/31/2016 |
| Standard (2) | Failure to submit to the probation officer a truthful and complete written report within the first five days of each month. | 04/05/2017 |

DEFENDANT: SYRIS MARQUISE HUMPHREY
CASE NUMBER: 0860 4:05CR00140 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

18 months with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant participate in residential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL